## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | | |
|---|---|---|
| GOYA FOODS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:19-cv-1515 |
| | ) | |
| goya.net, et al. | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge dated July 6, 2020. The parties have not filed objections to the Report and Recommendation. Based on a *de novo* review of the evidence, it appears to the Court that the Magistrate Judge's Report and Recommendation is neither clearly erroneous nor contrary to law. This Court adopts the Magistrate Judge's Report and Recommendation; and, it is hereby

ORDERED that Plaintiff's Motion for Default Judgment is GRANTED; VeriSign, Inc. and the Public Interest Registry is directed to transfer control of the Defendant Domain Names to Plaintiff, together with any other domain names registered by Goya GmbH that resemble any of Plaintiff's "GOYA" trademarks.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
~~July ___, 2020~~
Aug 5, 2020